

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MANUEL DAVID HERNANDEZ<br>B.O.P. #09766-035 | DOCKET NO. 09-CV-0708; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| OFFICER HALL, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this 22nd day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE